AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District EASTERN | |
|---|---|---|
| Name ALAN RICHARD FERGER | Prisoner No. G-27517 | Case No. |
| Place of Confinement PLEASANT VALLEY STATE PRISON P.O. BOX 8500 C3-202L COALINGA, CA 93210 | CVS 10-3430 KJM  HC | |
| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) | |
| ALAN RICHARD FERGER | V. PEOPLE OF THE STATE OF CALIFORNIA | |
| The Attorney General of the State of: CALIFORNIA | | |

PETITION

1. Name and location of court which entered the judgment of conviction under attack THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF SACRAMENTO

2. Date of judgment of conviction JANUARY 2ND, 2008

3. Length of sentence 25 YEARS-TO-LIFE PURSUANT TO THE THREE-STRIKES LAW

4. Nature of offense involved (all counts) PEN. CODE § 12021, SUBD. (a)(1) - POSSESSION OF A FIREARM BY AN EX-FELON.

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

**FILED**

DEC 2 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(2)

AO 241   (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court __THE COURT OF APPEAL OF THE STATE OF CALIFORNIA__
__SACRAMENTO SUPERIOR COURT, CALIFORNIA - THIRD DISTRICT__

(b) Result __CONVICTION AFFIRMED__

(c) Date of result and citation, if known __OCTOBER 6TH, 2009__

(d) Grounds raised __TRIAL COURT ERRED WHEN IT REFUSED TO INSTRUCT ON DEFENSE OF MOMENTARY POSSESSION OF A FIREARM (CALCRIM NO. 2511)__

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court __THE SUPREME COURT OF THE STATE OF CALIFORNIA__
__SACRAMENTO SUPERIOR COURT__

(2) Result __THE PETITION FOR REVIEW WAS DENIED__

(3) Date of result and citation, if known __DECEMBER 17, 2009__

(4) Grounds raised __REVIEW SHOULD BE GRANTED TO DETERMINE IF THE COURTS FAILURE TO GIVE THE REQUESTED INSTRUCTION OF MOMENTARY POSSESSION AS A DEFENSE TO A CHARGE OF PENAL CODE SECTION 12021 VIOLATES A CRIMINAL DEFENDANT'S RIGHT TO PRESENT A DEFENSE AND DUE PROCESS OF LAW UNDER THE SIXTH AND FOURTEENTH AMENDMENTS OF THE U.S. CONSTITUTION.__

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court __N/A__

(2) Result _____

(3) Date of result and citation, if known _____

(4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐   No ☑

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court __N/A__

(2) Nature of proceeding _____

(3) Grounds raised _____

(3)

AO 241 (Rev. 5/85)

___

___

___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ___

(6) Date of result ___

(b) As to any second petition, application or motion give the same information:

(1) Name of court ___ N/A ___

(2) Name of proceeding ___

(3) Grounds raised ___

___

___

___

___

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result ___

(6) Date of result ___

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐  No ☐
(2) Second petition, etc.   Yes ☐  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___

___

___

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
  CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: TRIAL COURT ERRED WHEN IT REFUSED TO GIVE AN INSTRUCTION OF MOMENTARY POSSESSION RELATING TO APPELLANT'S DEFENSE

Supporting FACTS (state *briefly* without citing cases or law): DURING APPELLANT'S FIRST TRIAL IN 2006, THE JURY WAS INSTRUCTED ON THE DEFENSE OF MOMENTARY POSSESSION OF A FIREARM FOR THE PURPOSES OF DISPOSAL. THE JURY FAILED TO REACH A VERDICT AND THE COURT DECLARED A MISTRIAL. IN 2008 THE TRIAL COURT DECIDED TO EXCLUDE THE INSTRUCTION AFTER PRESENTATION OF EVIDENCE AND DEBATE AS TO WHAT CONSTITUTES MOMENTARY POSSESSION. THE TRIAL COURT DECLINED TO GIVE THE INSTRUCTION IN RETRIAL.

B. Ground two: N/A

Supporting FACTS (state *briefly* without citing cases or law):

AO 241 (Rev. 5/85)

C. Ground three: _____ N/A _____

Supporting FACTS (state *briefly* without citing cases or law): _____

D. Ground four: _____ N/A _____

Supporting FACTS (state *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____
N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐  No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing _____ N/A

(b) At arraignment and plea _____

(6)

AO 241 (Rev. 5/85)

    (c) At trial _____

    (d) At sentencing _____

    (e) On appeal _____

    (f) In any post-conviction proceeding _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12-15-10
Date

*Alan R. Ferger*
Signature of Petitioner

(7)