Date\Time: 12/17/2010 10:28:35 AM  Verified
Institution: PVSP

CDCR
**Inmate Statement Report**

**FILED**
**JAN 10 2011**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

2:10CV3430 WBS DAD

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| G27517 | FERGER, ALAN | PVSP | CFB3T2000000 | 00202L |

**Current Available Balance:** $0.94

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 06/17/2010 | PVSP | BEGINNING BALANCE | | | | $0.47 |
| 07/06/2010 | PVSP | PAY - SUPPORT | JUN10/C DINING | | $1.04 | $1.51 |
| 07/06/2010 | PVSP | RESTITUTION FINE PAYMENT | | | ($0.52) | $0.99 |
| 07/06/2010 | PVSP | ADMINISTRATIVE FEE | | | ($0.05) | $0.94 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

### Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|
| RESTITUTION FINE | 05F07715 | $5,000.00 | $0.00 | ($0.52) | $4,998.96 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

2

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __ALAN RICHARD FERGER__,
(NAME OF INMATE)

__G-27517__,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

__Pleasant Valley State Prison__.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

_____     _____
DATE                       SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                           _____
                           OFFICER'S FULL NAME (PRINTED)

                           _____
                           OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                    -4-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form MUST be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, ALAN RICHARD FERGER G-27517, request and authorize the agency holding me in (Name of Prisoner/ CDC No.) custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

12-15-10
DATE

_Alan R. Ferger_
SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)            -5-            ::ODMA\PCDOCS\WORDPERFECT\22835\1