# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA


**JUDGMENT IN A CIVIL CASE**

**ALAN RICHARD FERGER,**

CASE NO: **2:10–CV–03430–WBS –CKD**

v.

**PEOPLE OF THE STATE OF CALIFORNIA,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/26/12**


**Victoria C. Minor**
Clerk of Court


ENTERED:  **July 26, 2012**


by:  /s/  A. Meuleman
Deputy Clerk